# United States District Court

__Southern__ District of __Texas__

UNITED STATES OF AMERICA
V.
**Edgar Alex RESENDEZ-Uribe**

Mexico
216 445 063

**CRIMINAL COMPLAINT**

CASE NUMBER 1:19-PO- __111__

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about __May 20, 2018__ in __Cameron__ County, in the **Southern** District of **Texas**, the defendant being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section **1325(a)(1).**

I further state that I am a **Deportation Officer** and this complaint is based on the following facts:

**The defendant was apprehended in Olmito, Texas on March 6, 2019.  The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River at or near Brownsville, Texas on or about May 20, 2018, thus avoiding immigration inspection.**

Continued on the attached sheet and made part hereof:  ☐ Yes   ☒ No

Defendant has  $0.00

\S\ Alfonso Lemming
*Signature of Complainant*

Alfonso Lemming     Deportation Officer
*Name and Title of Complainant*

Sworn to before me and subscribed in my presence,

March 6, 2019              at     Brownsville, Texas
*Date*                                    *City and State*

Ronald G. Morgan    U.S. Magistrate Judge
*Name and Title of Judicial Officer*        *Signature of Judicial Officer*